**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1490

JANINE M. ADAMS,

            Plaintiff - Appellant,

      v.

US AIRWAYS,

            Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Richard Mark Gergel, District
Judge.  (2:10-cv-01658-RMG)

Submitted:  August 25, 2011           Decided:  August 29, 2011

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Janine M. Adams, Appellant Pro Se.  Daniel E. Farrington,
FARRINGTON LAW FIRM, LLC, Bethesda, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janine M. Adams appeals the district court's order adopting the magistrate judge's recommendation to grant the motion to dismiss. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Adams's informal brief does not challenge the basis for the district court's disposition, Adams has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED